RECEIVED
IN LAKE CHARLES, LA

AUG -9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | : | DOCKET NO. 04-0183 |
| VS. | : | JUDGE MINALDI |
| NEIL BROUSSARD | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion in limine [doc. #21] filed by Defendant, Neil Broussard is hereby **GRANTED** in part, to the extent that expert witnesses, Anthony Massa and Nigel Jones will be precluded from testifying as expert witnesses at trial, otherwise the motion in limine is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _9_ day of ~~July,~~ Aug, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE