
RECEIVED
IN LAKE CHARLES, LA


AUG - 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | : | DOCKET NO. 04-0183 |
| VS. | : | JUDGE MINALDI |
| NEIL BROUSSARD | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #24] filed by Defendant, Neil Broussard, is **GRANTED**, in part, to the extent that DIRECTV cannot assert a cause of action pursuant to 18 U.S.C. § 2511.

**IT IS FURTHER OREDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #24] is **DENIED** to the extent that there is a genuine issue of material fact for trial as to whether DIRECTV is an aggrieved party pursuant to 47 U.S.C. 605, and whether or not Neal Broussard had access to a secondary market for DIRECTV equipment that allowed him to intercept DIRECTV satellite signals.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _2_ day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE