RECEIVED
IN LAKE CHARLES, LA

DEC 2 7 2005


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IN RE:DIRECTV, INC** | : | **DOCKET NO. 2:04 CV 0183** |
| **VS.** | : | **JUDGE MINALDI** |
| **NEIL BROUSSARD** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein, IT IS ORDERED that the defendant's Motion for a Jury Trial [doc. 94] IS DENIED.

Lake Charles, Louisiana, this 27 day of December, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE