UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DIRECTV INC.** | : | CIVIL ACTION NUMBER |
| | | 04-0183 |
| **VERSUS** | : | |
| | | JUDGE MINALDI |
| **NEIL BROUSSARD** | : | MAGISTRATE JUDGE WILSON |

### ORDER

    This case is over three years old, and the last docket entry was over six months ago. No action has been taken by plaintiffs to advance their case during this period. Plaintiffs are hereby notified that the court is considering dismissal of this action because no proceedings have been taken within the last six months. LR 41.3W. Plaintiffs shall have 15 calendar days from today to file evidence of good cause for failure to timely proceed.

    THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on March 8, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE