

RECEIVED
IN LAKE CHARLES, LA
APR - 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV INC. | : | DOCKET NO. 2:04-CV-0183 |
| VS. | : | JUDGE MINALDI |
| NEIL BROUSSARD | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

On March 9, 2007, the parties were advised that the court was considering dismissing the action because no proceedings had been taken within the last six months. (*See*, March 9, 2007, Notice of Intent to Dismiss). The parties were allotted 15 calendar days to file evidence of good cause for failure to timely proceed. More than twenty days have elapsed without any response by the parties.

Accordingly, it is ordered that this civil action be, and it is hereby DISMISSED, without prejudice. LR 41.3W. The action may be reinstated upon good cause shown within the next 30 days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE